AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Rabbi Dean Alton Holcomb,<br>*Petitioner*<br>v.<br>The United States Justice Department; The Attorney General Eric Holder, in his official capacity; The FBI; The Director of the FBI, in his official capacity,<br>*Respondents,* | )<br>)<br>)  Civil Action No.  1:14-cv-03772-MGL<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

☒ other: the petitioner, Rabbi Dean Alton Holcomb, shall take nothing of the respondents, The United States Justice Department, The Attorney General Eric Holder, The FBI, and The Director of the FBI, as to the petition filed pursuant to 28 U.S.C. §1361 and this case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Mary G. Lewis, United States District Judge, presiding, adopting the Report and Recommendations set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the petition without prejudice.

Date:  November 18, 2014                                *ROBIN L. BLUME, CLERK OF COURT*

                                                       s/A. Buckingham
                                                   *Signature of Clerk or Deputy Clerk*